

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2018

No. 04-17-00808-CV

Daniel **CRISP,**
Appellant

v.

Ismael **CLAY,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The reporter's record was due January 2, 2018, but was not filed.  On January 10, 2018, the court reporter, Maria E. "Mary Helen" Vargas, filed a notification of late record stating her potion of the reporter's record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee.

Accordingly, we **ORDER** appellant to provide written proof to this court on or before **February 2, 2018** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee; or (2) appellant is entitled to the reporter's record without prepayment of the clerk's fee.  *See* TEX. R. APP. P. 20.1, 35.3(a).  If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court